UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| AUGUST MACK ENVIRONMENTAL, INC., | ) ) ) |
| Plaintiff-Appellant, | ) ) |
| v. | ) ) CASE NO. 1:18-CV-00012-TSK |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) |
| Defendant-Appellee. | ) |

## NOTICE OF APPEAL

Notice is hereby given that August Mack Environmental, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on July 11, 2019 granting Defendant's Motion to Dismiss the Amended Complaint with prejudice.

Respectfully submitted,

/s/ *Mario R. Bordogna*
Mario R. Bordogna, Esq.
W. Va. Bar ID No. 9491
Robert J. Ridge, Esq.
W. Va. Bar ID No. 7674
Brandon J. Verdream, Esq.
W. Va. Bar ID No. 11200
Clark Hill PLC
1290 Suncrest Towne Centre
Morgantown, West Virginia 26505
p. 304-907-2133 / f. 412-394-2555
mbordogna@clarkhill.com

222183640

rridge@clarkhill.com
bverdream@clarkhill.com


/s/ *Bradley R. Sugarman*
Bradley R. Sugarman, Esq.
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
p. 317-684-5274 / f.  317-223-0274
bsugarman@boselaw.com

222183640

2

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, a copy of the foregoing "Notice of Appeal" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Austin D. Saylor, Esq.<br>Amanda Shafer Berman, Esq.<br>United States Dept. of Justice<br>601 D. Street, N.W., Suite 8000<br>Washington, DC 20004<br>Austin.saylor@usdoj.gov<br>Amanda.berman@usdoj.gov | Helen Campbell Altmeyer, Esq.<br>U.S. Attorney's Office – Whg<br>P. O. Box 591<br>Wheeling, WV 26003<br>Helen.altmeyer@usdoj.gov |

/s/ Mario R. Bordogna

222183640