IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| AUGUST MACK ENVIRONMENTAL, INC., <br>     Plaintiff, <br><br>     v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:18-CV-12 <br> ) <br> ) <br> ) <br> ) <br> ) |

**[Proposed] Order on Joint Motion for Remand to U.S. Environmental Protection Agency**

For good cause shown, the Court hereby **GRANTS** the Parties' Joint Motion for Remand to the U.S. Environmental Protection Agency, and **ORDERS** that this matter be remanded to EPA Chief Administrative Law Judge Susan L. Biro for further proceedings consistent with the January 7, 2021 *per curiam* opinion of the U.S. Court of Appeals for the Fourth Circuit.

DATED: __August 3, 2021__

*/s/ Tom S Kleeh*
_____
HON. THOMAS S. KLEEH
United States District Judge

1